# BAILEY JOHNSON

### Bailey, Johnson & Peck, P.C.
### Attorneys at Law

5 Pine West Plaza, Suite 507
Washington Avenue Extension
Albany, New York 12205

**John W. Bailey, Esq.**
JWBailey@BaileyJohnson.com

December 4, 2023

**Via CM/ECF**
Honorable Miroslav Lovric
United States District Court for the
Northern District of New York
Federal Building and US Courthouse
15 Henry St.
Binghamton, NY 13901

> Re:   **Livingston, et al. v. Trustco Bank**
> **Civil Case No.: 20-cv-1030 (GTS/ML)**
> **Our File No.: 2502-TB20**

Dear Judge Lovric:

The parties engaged in mediation on Tuesday, November 28, 2023. The Honorable Randolph Treece was our mediator. We were not able to resolve the case. However, the parties have kept open the possibility of future mediation sessions.

Respectfully,

John W. Bailey
Bar Roll No.: 101069
JWBailey@BaileyJohnson.com

JWB/elp

cc:   J. Patrick Lannon, Esq.
Cherundolo Law Firm, PLLC
AXA Tower One, 15th Floor
100 Madison Street
Syracuse, New York 13202

Hon. Miroslav Lovric
December 4, 2023
Page 2

Jeffrey D. Kaliel, Esq.
Kaliel Gold PLLC
1100 15th Street N.W, 4th Floor
Washington, DC 20005

Sophia G. Gold, Esq.
Kaliel Gold PLLC
950 Gilman Street, Suite 200
Berkeley, California 94710

Kevin P. Roddy, Esq.
Wilentz Goldman & Spitzer PA
90 Woodbridge Center Drive, Suite 900
Woodbridge, New Jersey 07095

Taras Kick, Esq.
The Kick Law Firm, APC
815 Moraga Drive
Los Angeles, California 90049

*Attorneys for Plaintiffs and the Members of the Proposed Class(es)*