# The Kick Law Firm

A Professional Corporation

815 Moraga Drive
Los Angeles, California 90049
310 395 2988 / 310 395 2088

December 4, 2023

**VIA CM/ECF**

Hon. Miroslav Lovric
United States Magistrate Judge
U.S. District Court, Northern District of New York
James T. Foley Courthouse
445 Broadway
Albany, New York 12207

**Re:**   *Livingston, et al v. Trustco Bank* **(Lead Case)**
**Case No.: 1:20-cv-01030 (GTS-ML);** *Livingston v. Trustco Bank*
**Case No.: 1:21-cv-336 (GTS/ML);** *Lamoureux* **v.** *Trustco Bank*
**Case No.: 1:21-cv-238 (GLS/ATB);** *Jenkins v. Trustco Bank*

Dear Judge Lovric:

Please allow this letter to serve as Plaintiffs' status report on the above consolidated cases. On November 28, 2023, the parties participated in a mediation at the United States District Court for the Northern District of New York Courthouse in Albany, New York, with the Hon. Randolph Treece (Ret.) presiding. The matter did not settle at the mediation. It is Plaintiffs' understanding that Defendant is continuing to communicate with Judge Treece about a possible additional mediation session, and that Judge Treece will advise Plaintiffs if Defendant agrees to such a further session.

Respectfully submitted,

*/s/ Taras Kick*
Taras Kick (pro hac vice)

cc: (VIA CM/ECF) All Counsel of record