# The Kick Law Firm

A Professional Corporation

815 Moraga Drive
Los Angeles, California 90049
310 395 2988 / 310 395 2088

December 14, 2023

**VIA CM/ECF**

Hon. Miroslav Lovric
United States Magistrate Judge
U.S. District Court, Northern District of New York
James T. Foley Courthouse
445 Broadway
Albany, New York 12207

**Re:**   *Livingston, et al v. Trustco Bank* **(Lead Case)**
**Case No.: 1:20-cv-01030 (GTS-ML);** *Livingston, et al v. Trustco Bank*
**Case No.: 1:21-cv-336 (GTS/ML);** *Lamoureux v. Trustco Bank*
**Case No.: 1:21-cv-238 (GLS/ATB);** *Jenkins v. Trustco Bank*

Dear Judge Lovric:

Please allow this letter to serve as the Parties' notice to the Court that the Parties have reached an agreement in principle to settle the above consolidated cases on a class-wide basis. Plaintiffs intend to file an Unopposed Motion for Preliminary Approval of Class Action Settlement no later than January 24, 2024.

Respectfully submitted,

*/s/ Taras Kick*
Taras Kick (pro hac vice)

cc: (VIA CM/ECF) All Counsel of record