# The Kick Law Firm

A Professional Corporation

815 Moraga Drive
Los Angeles, California 90049
310 395 2988 / 310 395 2088

January 24, 2024

**VIA CM/ECF**

Hon. Miroslav Lovric
United States Magistrate Judge
U.S. District Court, Northern District of New York
James T. Foley Courthouse
445 Broadway
Albany, New York 12207

**Re:** *Livingston, et al v. Trustco Bank* **(Lead Case)**
Case No.: 1:20-cv-01030 (GTS-ML); *Livingston, et al v. Trustco Bank*
Case No.: 1:21-cv-336 (GTS/ML); *Lamoureux v. Trustco Bank*
Case No.: 1:21-cv-238 (GLS/ATB); *Jenkins v. Trustco Bank*

Dear Judge Lovric:

Please allow this letter to serve as Plaintiffs' status report on the above consolidated cases.

On December 14, 2023, the parties filed a Notice of Settlement indicating that the parties had reached an agreement to settle this matter on a class-wide basis. On December 15, 2023, the Court ordered the parties to file a Motion for Preliminary Approval or a further status report by January 24, 2024. Plaintiffs provided Defendant with a written full-length proposed Settlement Agreement on January 10, 2024, for Defendant's review and comment. The Settlement Agreement transmitted by Plaintiffs to Defendant was similar to ones approved in the Northern District of New York in other class actions involving these banking fee issues. On January 23, 2024, Defendant stated its comments to the Settlement Agreement would be provided to Plaintiffs that afternoon. On January 24, 2024, Defendant stated it had not provided the comments on January 23 because it wanted more time to review the Settlement Agreement, and would provide the comments in one week.

As such, if Plaintiffs receive the Defendant's comments on or before January 31, 2024, Plaintiffs anticipate that they will be able to file a Motion for Preliminary Approval within one week of that, or February 7, 2024. However, Plaintiffs at this time are unsure of what Defendant's comments might be, especially as Plaintiffs sent Defendant a Settlement Agreement largely similar to ones previously approved in the Northern District of New York in class actions similar to this.

Respectfully submitted,

*/s/ Taras Kick*
Taras Kick (pro hac vice)

cc: (VIA CM/ECF) All Counsel of record