# The Kick Law Firm

A Professional Corporation

815 Moraga Drive
Los Angeles, California 90049
310 395 2988 / 310 395 2088

February 7, 2024

**VIA CM/ECF**

Hon. Glenn T. Suddaby
United States District Judge
U.S. District Court, Northern District of New York
James T. Foley Courthouse
445 Broadway
Albany, New York 12207

Re:   *Livingston, et al v. Trustco Bank* (Lead Case)
Case No.: 1:20-cv-01030 (GTS-ML); *Livingston, et al v. Trustco Bank*
Case No.: 1:21-cv-336 (GTS/ML); *Lamoureux v. Trustco Bank*
Case No.: 1:21-cv-238 (GLS/ATB); *Jenkins v. Trustco Bank*

Dear Judge Suddaby:

Please allow this letter to serve as Plaintiffs' status report on the above consolidated cases.

On January 24, 2024, Plaintiffs filed a status report with the Court indicating that Plaintiffs were awaiting Defendant's comments on the Settlement Agreement between the parties, and that if Plaintiffs received these comments by January 31, 2024, they would be able to file a Motion for Preliminary Approval by February 7, 2024. (ECF No. 138.) The Court ordered Plaintiffs to file this Motion or a further status report by February 7, 2024. (ECF No. 139.) Plaintiffs received Defendant's signature on the agreed Settlement Agreement earlier today, February 7, and therefore all parties now have signed the comprehensive Settlement Agreement. As such, Plaintiffs anticipate filing their Motion for Preliminary Approval within one week of today, by February 14, 2024.

Respectfully submitted,

*/s/ Taras Kick*
Taras Kick (pro hac vice)

cc: (VIA CM/ECF) All Counsel of record