IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH J. LIVINGSTON and DENA SCROGGINS, Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TRUSTCO BANK, A FEDERAL SAVINGS BANK,<br><br>    Defendant. | Case No.: 1:20-cv-1030 (GTS-ML) (Lead Case); Consolidated With Case No.: 1:21-cv-336 (GTS/ML) (Member Case) and Case No.: 1:21-cv-238 (GLS/ATB) (Member Case) |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF
<u>CLASS ACTION SETTLEMENT</u>**

Proposed class representatives Deborah Livingston, Dena Scroggins, Robert Lamoureux, and Tammy Jenkins ("Plaintiffs") hereby move the Court to enter an order in substantially the form of the Proposed Order submitted herewith:

    1.    Conditionally certifying the Class for purposes of settlement;

    2.    Preliminarily approving the proposed class action settlement between Plaintiffs and Defendant Trustco Bank as fair, adequate, and reasonable, based upon the terms set forth in the Parties' Settlement and Release Agreement ("Settlement Agreement"), including payment by Defendants of the non-reversionary Settlement Fund amount of $2,750,000.00 and the following allocations to be paid out of the Settlement Fund: Attorneys' fees in the amount of one-third of the Settlement Fund; Plaintiffs' litigation costs; service awards of $10,000 to each of the named Plaintiffs; and the Settlement Administrator's costs of administering the settlement;

3. Preliminarily appointing Plaintiffs as the Class Representatives and Taras Kick of The Kick Law Firm, APC as Class Counsel for purposes of settlement; and

4. Approving the proposed Class Notice and ordering it to be disseminated to the Class as provided in the Settlement Agreement.

The motion is based on this Motion, the attached memorandum of points and authorities, the declaration of Plaintiffs' counsel Taras Kick; the declaration of Arthur Olsen; the declaration of Robert Weissman; all matters of which this Court may take judicial notice, all pleadings in this matter, and such evidence and argument as may be presented at the hearing or the Court may allow.

Dated: February 14, 2024　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　By:　/s/ *Taras Kick*
　　　　　　　　　　　　　　　　　　　Taras Kick (*admitted pro hac vice*)
　　　　　　　　　　　　　　　　　　　taras@kicklawfirm.com
　　　　　　　　　　　　　　　　　　　Tyler J. Dosaj (*admitted pro hac vice*)
　　　　　　　　　　　　　　　　　　　tyler@kicklawfirm.com
　　　　　　　　　　　　　　　　　　　THE KICK LAW FIRM, APC
　　　　　　　　　　　　　　　　　　　815 Moraga Drive
　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90049
　　　　　　　　　　　　　　　　　　　Telephone: (310) 395-2988
　　　　　　　　　　　　　　　　　　　Facsimile: (310) 395-2088

　　　　　　　　　　　　　　　　　　　J. Patrick Lannon, Bar Roll No. 516843
　　　　　　　　　　　　　　　　　　　plannon@cherundololawfirm.com
　　　　　　　　　　　　　　　　　　　CHERUNDOLO LAW FIRM, PLLC
　　　　　　　　　　　　　　　　　　　AXA Tower I, 17th Floor
　　　　　　　　　　　　　　　　　　　100 Madison Street
　　　　　　　　　　　　　　　　　　　Syracuse, New York 13202
　　　　　　　　　　　　　　　　　　　Telephone: (315) 449-9500
　　　　　　　　　　　　　　　　　　　Facsimile: (315) 449-9804

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

I, Taras Kick, hereby certify that on the 14th day of February, 2024, the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                    /s/ *Taras Kick*