# BAILEY JOHNSON

Bailey, Johnson & Peck, P.C.
Attorneys at Law

5 Pine West Plaza, Suite 507
Washington Avenue Extension
Albany, New York 12205

**Crystal R. Peck, Esq.**
CRPeck@baileyjohnson.com

May 17, 2024

<u>Via CM/ECF</u>
Honorable Glenn T. Suddaby
United States District Court for the
Northern District of New York
Federal Building and US Courthouse
15 Henry St.
Binghamton, NY 13901

> Re:   Livingston, et al. v. Trustco Bank
>       Civil Case No.: 20-cv-1030 (GTS/ML)
>       Our File No.: 2502-TB20

Dear Judge Suddaby:

We represent Defendant Trustco Bank in the above-referenced matter. We are writing to request an extension of the deadlines set forth in the Court's February 23, 2024 Order Granting Preliminary Approval of the Class Action Settlement. Within the Court's Order, Defendant is directed to transfer the class list to the Settlement Administrator no later than May 21, 2024. It has become necessary to request an extension of time for Defendant to transfer the class list.

In order to prepare the Class List, a significant amount of data must be pulled from Trustco Bank's archived files and provided to its expert to in order to prepare an initial list of accounts that meet the requirements of the Class. Given the volume of data required for the Class analysis, the process has taken longer than initially expected.

In light of these circumstances, we are respectfully requesting an additional 60 days to provide the class list to the Settlement Administrator and for the remaining deadlines, as outlined below, to be extended accordingly. Class Counsel does not oppose this request.

For the Court's convenience, below please find Defendant's proposed amended dates.

Honorable Glenn T. Suddaby
May 17, 2024
Page 2

| Defendant Transfers Class List to Settlement Administrator | July 19, 2024 |
|---|---|
| Settlement Administrator Sends Notice and Website Goes Live | August 19, 2024 |
| Last Day for Individuals to Opt Out of Settlement Class | September 18, 2024 |
| Motion for Final Approval and Attorneys' Fees Filed with Court | September 23, 2024 |
| Last Day to Object to Settlement Agreement | October 8, 2024 |
| Last Day to File Responses to Objections | October 15, 2024 |
| Final Approval Hearing | October 18, 2024, or as soon thereafter as the Court is available |
| Filing by Settlement Administrator of Final Report | Thirty (30) days After Time to Cash Checks has Expired |

Thank you for the Court's courtesies and consideration in this matter.

Respectfully,

Crystal R. Peck
Bar Roll No. 514375
CPPeck@baileyjohnson.com

/elp

cc:   Via CM/ECF
      Taras Kick, Esq.
      The Kick Law Firm, APC
      815 Moraga Drive
      Los Angeles, California 90049

      J. Patrick Lannon, Esq.
      Cherundolo Law Firm, PLLC
      AXA Tower One, 15th Floor
      100 Madison Street
      Syracuse, New York 13202

      Jeffrey D. Kaliel, Esq.
      Kaliel Gold PLLC
      1100 15th Street N.W, 4th Floor
      Washington, DC 20005

Honorable Glenn T. Suddaby
May 17, 2024
Page 3

    Sophia G. Gold, Esq.
    Kaliel Gold PLLC
    950 Gilman Street, Suite 200
    Berkeley, California 94710

    Kevin P. Roddy, Esq.
    Wilentz Goldman & Spitzer PA
    90 Woodbridge Center Drive, Suite 900
    Woodbridge, New Jersey 07095

    *Attorneys for Plaintiffs and the Members of the Proposed Class(es)*