IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH J. LIVINGSTON and DENA SCROGGINS, Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TRUSTCO BANK, A FEDERAL SAVINGS BANK,<br><br>    Defendant. | Case No.: 1:20-cv-1030 (GTS-ML) (Lead Case); Consolidated With Case No.: 1:21-cv-336 (GTS/ML) (Member Case) and Case No.: 1:21-cv-238 (GLS/ATB) (Member Case) |

**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on November 26, 2024, at 10:00 a.m., at the United States District Court for the Northern District of New York, located at James M. Hanley Federal Building & U.S. Courthouse, 100 S. Clinton St., Syracuse, NY 13261, proposed class representatives Deborah Livingston, Dena Scroggins, Robert Lamoureux, and Tammy Jenkins ("Plaintiffs") will and hereby do move the Court to enter an order in substantially the form of the Proposed Order submitted herewith:

    1.    Finally certifying the Class for purposes of settlement;

    2.    Finally approving the proposed class action settlement between Plaintiffs and Defendant Trustco Bank as fair, adequate, and reasonable, based upon the terms set forth in the Parties' Settlement and Release Agreement ("Settlement Agreement"), including payment by Defendants of the non-reversionary Settlement Fund amount of $2,750,000.00 and the following

1

allocations to be paid out of the Settlement Fund: Attorneys' fees in the amount of one-third of the Settlement Fund in the amount of $916,666; Plaintiffs' litigation costs in the amount of $37,130.96; service awards of $10,000 to each of the named Plaintiffs; and the Settlement Administrator's costs of administering the settlement in the amount of $45,000; and

3. Finally appointing Plaintiffs as the Class Representatives and Taras Kick of The Kick Law Firm, APC as Class Counsel for purposes of settlement.

The motion is based on this Notice of Motion and Motion, the attached memorandum of points and authorities, the declaration of Plaintiffs' counsel Taras Kick; the declaration of Arthur Olsen; the declaration of Robert Weissman; the declarations of the Plaintiffs; all matters of which this Court may take judicial notice, all pleadings in this matter, and such evidence and argument as may be presented at the hearing or the Court may allow.

Dated: October 28, 2024

Respectfully submitted,

By: /s/ *Taras Kick*
Taras Kick (*admitted pro hac vice*)
taras@kicklawfirm.com
Tyler J. Dosaj (*admitted pro hac vice*)
tyler@kicklawfirm.com
THE KICK LAW FIRM, APC
815 Moraga Drive
Los Angeles, CA 90049
Telephone: (310) 395-2988
Facsimile: (310) 395-2088

J. Patrick Lannon, Bar Roll No. 516843
plannon@cherundololawfirm.com
CHERUNDOLO LAW FIRM, PLLC
AXA Tower I, 17th Floor
100 Madison Street
Syracuse, New York 13202
Telephone: (315) 449-9500
Facsimile: (315) 449-9804

*Attorneys for Plaintiffs and the Class*

2

## **CERTIFICATE OF SERVICE**

I, Taras Kick, hereby certify that on the 28th day of October, 2024, the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

       /s/ *Taras Kick*